UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 25-CR-4540-LL |
| Plaintiff, | **JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE** |
| v. | |
| FRANCISCO JAVIER CHAVEZ CASTELLANOS, | |
| Defendant. | |

The United States' Motion to Dismiss the Indictment is hereby GRANTED.  The Indictment is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: 1/27/2026

_____

Hon. Linda Lopez
United State District Judge